UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEITH HART, | ) |
| | ) |
| Petitioner, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:07-CV-1471-G |
| NATHANIEL QUARTERMAN, Director, | ) |
| Texas Department of Criminal Justice, | ) **ECF** |
| Correctional Institutions Division, | ) |
| | ) |
| Respondent. | ) |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct and they are hereby **ACCEPTED** as the findings of the court. Petitioner is ordered to pay the $5.00 filing fee no later than **October 9, 2007**.

**SO ORDERED**.

September 13, 2007.

_____
A. JOE FISH
CHIEF JUDGE