UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEITH HART, | |
| Petitioner, | |
| VS. | CIVIL ACTION NO. |
| | 3:07-CV-1471-G |
| NATHANIEL QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | ECF |
| Respondent. | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby **ACCEPTED** as the findings of the court.

   **SO ORDERED**.

January 29, 2008.

_____
A. JOE FISH
**Senior United States District Judge**